CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HURGENES PIGNARD, a/k/a "Pop," a/k/a "Pops" | DOCKET NO.  06 CR 718 (CM)   MAGISTRATE'S CASE NO.<br><br>HURGENES PIGNARD, a/k/a "Pop," a/k/a "Pops" |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST  SOUTHERN |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY  PIERMONT, NY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Commit Bank Robbery
Attempted Bank Robbery
Possession of a Firearm in Furtherance of an Attempted Bank Robbery

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371; 2113(a) & (d); 924(c); 2 |
|---|---|---|
| | BAIL    OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>The Honorable Mark D. Fox | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>8-23-06 |
| CLERK OF COURT | (BY) DEPUTY CLERK<br>E. Moghew | DATE ISSUED<br>8/23/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>08/23/06 | NAME AND TITLE OF ARRESTING OFFICER<br>ANDREW P. LEITHEAD<br>SPECIAL AGENT, FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>08/23/06 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.