

MICHAEL F. KEESEE
Attorney-at-Law
327 Irving Avenue
Port Chester, NY 10573

Telephone: 914-937-3880
Facsimile: 914-937-3950

VIA FAX 914 390-41452

October 11, 2006

Honorable Colleen McMahon
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*[handwritten note: Matter scheduled for conference 10/16/06 @ 9:30 am]*

Re: U.S. v. Hurgenes Pignard
06 CR 718 (CM)

Your Honor:

    I was assigned as CJA attorney for Mr. Pignard. During a recent conference, Mr. Pignard indicated that he felt it would be better if I did not continue as his attorney. He thought there was a possibility that his family might retain new counsel. However, it is my understanding that his family is unable to retain private counsel for Mr. Pignard.

    This morning Mr. Pignard again indicated to me that he wants to make application for new counsel to be assigned. This is the second time that he has indicated that he does not want me to continue as his attorney. I told him that I would notify the Court of this request. Accordingly, would you kindly treat this letter as a request to schedule the matter so that Mr. Pignard can personally apprise the Court of this request to assign new CJA counsel?

    Mr. Pignard is currently detained on this case and is lodged at the Westchester County Jail. Thank you for your courtesies.

Respectfully,

*Michael F. Keesee*

Michael F. Keesee

cc: AUSA John Collins (via fax)
    Hurgenes Pignard (via first class mail)