UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,                    06 Cr. 718 (CM)

       -against-

HURGENES PIGNARD,

       Defendant.

------------------------------------------------------------X

    I, Hurgenes Pignard, affirm under penalty of perjury pursuant to 28 U.S.C. 1746, as follows:

    1. I am the defendant in this action.

    2. On August 24, 2006, I was arrested by law enforcement officers at 60 Route 9W, Apartment B2, Piermont New York, located in a residential development otherwise known as Diplomat Gardens.

    3. At the time of my arrest and for some time beforehand, Apartment B2 was and is my home and I had a reasonable expectation of privacy in that dwelling.

    I swear the foregoing is true.

Dated:    Valhalla, NY
           November 14, 2006

                                        _____
                                        HURGENES PIGNARD

PDF created with pdfFactory trial version www.pdffactory.com