


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 7, 2006

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   **United States v. Hurgenes Pignard**, 06 Cr. 718 (CM)

Dear Judge McMahon:

The parties are currently engaging in discussions concerning a disposition of this case prior to the decision on motions or a trial. As a result, the parties respectfully request that: (1) the Government's time to file a response to defendant's motions be extended until January 5, 2007; (2) the defendant's reply to the Government's response be extended until January 12, 2007; and (3) the next court date be adjourned until January 26, 2007. With the consent of defense counsel, the Government respectfully requests that time be excluded until January 26, 2007 from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    John P. Collins, Jr
    Assistant United States Attorney
    (914) 993-1919

cc:   Theodore S. Green, Esq.

SO ORDERED:
_____
Hon. Colleen McMahon
United States District Judge