

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 19, 2006

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Hurgenes Pignard**, 06 Cr. 718 (CM)

Dear Judge McMahon:

      The parties are currently engaging in discussions concerning a disposition of this case prior to the decision on motions or a trial. As a result, the parties respectfully request that: (1) the Government's time to file a response to defendant's motions be extended until January 19, 2007; (2) the defendant's reply to the Government's response be extended until January 26, 2007; and (3) the next court date be adjourned until February 2, 2007. With the consent of defense counsel, the Government respectfully requests that time be excluded until February 2, 2007 from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A).

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                   By: _____
                       John P. Collins, Jr
                       Assistant United States Attorney
                       (914) 993-1919

cc:    Theodore S. Green, Esq.

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge