

GREEN·SEIFTER
ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦
194 WASHINGTON AVENUE · SUITE 315 · ALBANY NEW YORK 12210 · P 518 689 3570 · F 518 689 3571♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
MAUREEN O. HELMER
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
KEVIN R. MCAULIFFE **
SHARON A. MCAULIFFE
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
DOUGLAS H. ZAMELIS
KIMBERLY M. ZIMMER ††

OF COUNSEL:
JAMES F. DWYER
EDWARD S. GREEN ‡
GARY J. LAVINE ***
SIDNEY L. MANES
THOMAS E. TAYLOR ***

JASON B. BAILEY
DAVID G. BURCH
JASON J. CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE W. DETTOR
KATHLEEN M. FAULKNHAM
PAUL F. FOLEY
KIM V. HEYMAN †††
DAFNI S. KIRITSIS
FREDERICK W. MARTY
LAWRENCE M. ORDWAY, JR. ††

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO NC BAR **
ALSO ADMITTED TO DC BAR ***
ALSO ADMITTED TO PA BAR †
ALSO ADMITTED TO MA BAR ††
ALSO ADMITTED TO PA BAR †††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

WWW.GSLAW.COM

February 1, 2007

Hon. Colleen McMahon
United States District Judge
Daniel P. Moynihan Courthouse
Chambers 640
500 Pearl Street
New York, New York 10007

Re:  **United States v. Hurgenes Pignard**
     **06 Cr. 718 (CM)**

Dear Judge McMahon:

The firm of Green & Seifter, Attorneys, PLLC recently received the enclosed correspondence regarding the case of United States v. Pignard. From my review of the attorneys' list contained on the electronic filing system, it appears that our address was improperly listed as the address for Theodore S. Green, the Defendant's attorney. Mr. Green's correct address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 403, White Plains, New York 10601. Mr. Green's phone number is 914-948-5656. I have conferred with Mr. Green, and forwarded the enclosed letter to him. He indicated to me that he would take the necessary steps to have his address placed on the electronic filing system records and our address removed.

Please do not hesitate to contact me regarding this correspondence or if any steps are needed on my behalf to change the address on the electronic filing system.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

David G. Burch

DGB/bah
Enclosure
412800_1.DOC

cc: Theodore S. Green, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____