## SECOND CIRCUIT FORMS

## CRIMINAL NOTICE OF APPEAL FORM

NOTICE OF APPEAL
UNITED STATES DISTRICT COURT
<u>Southern</u> District of <u>New York</u>

United States

-v-

Hurgenes Pignard

Docket Number __06 Cr. 718__

__Hon. Colleen McMahon__
(District Court Judge)

Notice is hereby given that __Hurgenes Pignard__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment _____; order __X__; other _____; __Bail Order/Decision__
(specify)

entered in this action on __9/28/06__.
(date)

Offense occurred after November 1, 1987   Yes __X__   No _____

The appeal concerns: conviction only _____; sentence only _____; conviction and sentence _____.

Defendant (Counsel for Appellant) Pro Se

Date __10/20/06__
TO:  District Court Clerk
     USAttorney

Address __PO Box 10__
__WCDOC #191741__
__Valhalla, New York 10595__

Telephone Number _____

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)       TRANSCRIPT INFORMATION—FORM B
> QUESTIONNAIRE          > TRANSCRIPT ORDER   > DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

XXX  I am ordering a transcript          Prepare transcript of
_____ I am not ordering a transcript     __XX__ Pre-trial proceedings   __9/28/06__
Reason:                                  _____ Trial
_____ Daily copy is available            _____ Sentence
_____ U.S. Attorney has placed order     _____ Post-trial proceedings
_____ Other, Attach explanation

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  > Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature                                    DATE __10/20/06__

> COURT REPORTER ACKNOWLEDGEMENT          To be completed by Court Reporter and forwarded to Court of Appeals.

Date order received   Estimated completion date   Estimated number of pages.

Date _____     Signature _____
                         (Court Reporter)