

WAYNE E. BENNETT
SUPERINTENDENT

**NEW YORK STATE POLICE**
**MID HUDSON REGIONAL CRIME LABORATORY**
Box 10131
Newburgh, NY 12552-0131
(845) 564-4330

TO: Chief Thomas Gaynor
Piermont Village Police Department
478 Piermont Avenue
Piermont, NY 10968

January 26, 2007
Lab Case # *06ML-03284*

Agency Case #
*36839*

SUBJECT: **PIGNARD, HURGENS**
**DEFENDANT**

August 24, 2006

EXAMINATION:

Item #1    One (1) knotted plastic bag containing chunky white powder with a total aggregate weight of 5.94 grams.
**Cocaine Hydrochloride - Narcotic Drug**

Item #2A   One (1) foil packet containing chunky white powder with a total aggregate weight of 0.54 gram.
**Cocaine Hydrochloride - Narcotic Drug**

Item #2B   Three (3) foil packets with residue and seventeen (17) foil packets each containing chunky white powder.
**No analysis performed.**

(CPL 190.30(2) Certification)

I, Kim E. Grey, Forensic Scientist III, hereby certify that I am a public servant in the employ of the New York State Police, and that I performed an examination on the above referenced evidence. The above report contains the results of the examination I personally performed and is the original report of my examination.

Kim E. Grey                                         Charles N. Pompa

*[signature: Kim E. Grey]*                          *[signature: Charles N. Pompa]*

Forensic Scientist III                              Acting Regional Director

Page 1 of 2