**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 23, 2007

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Hurgenes Pignard**, 06 Cr. 718 (CM)

Dear Judge McMahon:

      With the consent of defense counsel, Theodore S. Green, Esq., the Government respectfully requests that time be excluded from March 27, 2007 to the date of the rescheduled pre-trial conference, April 2, 2007 at 10 a.m., from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). Mr. Green has consented to this exclusion of time.

      Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Collins, Jr
Assistant United States Attorney
(914) 993-1919

cc:    Theodore S. Green, Esq.

SO ORDERED:

*/s/ Stephen C Robinson*

~~Hon. Colleen McMahon~~ HON. STEPHEN C ROBINSON
United States District Judge  March 27, 2007