



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 13, 2007

**BY FACSIMILE**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: **United States v. Hurgenes Pignard,**
         **S1 06 Cr. 718 (CM)**

Dear Judge McMahon:

    The Government respectfully requests an in limine ruling in the above-referenced matter concerning potential cross-examination of Charles Quincy Lee – one of the Government's expected witnesses at trial.

    In February 15, 1992, when Lee was 18, he was arrested for possession of heroin in Newark, New Jersey. Lee has told the Government that he was arrested and that a lawyer represented him in this matter. According to Lee, his lawyer told him that he did not have to return to Court. On Lee's criminal history sheet, the date of disposition for this arrest is September 20, 2001. However, there is no disposition listed.

    Lee also told the Government that he was arrested in the Bronx in November 2006 because he had a kitchen knife in his car. Lee told the Government that he pleaded guilty to a misdemeanor and paid a fine. There is no record of this arrest on Lee's criminal history sheet. According to information received from the Bronx County District Attorney's Office, Lee was arrested on November 22, 2006 and was arraigned on November 24, 2006. At his arraignment, he pleaded guilty to a violation of Administrative Code Section 10-133(b) and was sentenced to time served and a mandatory surcharge.

    The Government seeks to preclude cross-examination of Mr. Lee on either of these events because neither occurrence constitutes a basis for impeachment under Fed. R. Evid. 608(b) or 609. Mr. Lee's conviction for possessing a knife with a blade of four inches or more was only a violation of New York City's Administrative Code, and his arrest for possession of

The Honorable Colleen McMahon
April 13, 2007
Page 2

heroin as a teenager did not result in a conviction. Neither event is probative of Mr. Lee's truthfulness, honesty, or credibility.

                                                Very truly yours,

                                                MICHAEL J. GARCIA
                                                United States Attorney

                                        By: _____
                                            John P. Collins, Jr.
                                            Assistant United States Attorney
                                            (914) 993-1919

cc:     William A. Gerard, Esq. (by facsimile)



**US ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF NEW YORK**
**300 QUARROPAS STREET, 3RD FLOOR**
**WHITE PLAINS, NEW YORK 10601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*TO*:  JUDGE COLLEEN MCMAHON

*OFFICE PHONE NO.*: 212-805-6325

*FAX NUMBER*: 212-805-6326

*NO. OF PAGES (INCLUDING COVER SHEET)*: 3

*DATE*: 4-13-07

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"FOR OFFICIAL USE ONLY"   U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From*: JOHN COLLINS

*Office Phone No.*: (914) 993-1919

*Fax Numbers*: (914) 682-3392; (914) 993-1980; (914) 993-9036

*Remarks*: Please call to verify fax is received.