relation to an attempted bank robbery in New Hyde Park, NY.

64. On 06/16/05 Inv. GIBBONS, Inv. KELLY and Detective Sergeant SIMMI WILLIAMS, Fallsburg P.D., patrolled to the Nassau County Robbery Squad, 1255 Newbridge Road North Bellmore, NY 11710, 516-573-8040, to interview Mr. LINDSAY and Mr. REGIS.

65. On 06/16/05 Inv. GIBBONS and Inv. KELLY interviewed Mr. LINDSAY who denies any involvement in the incident at 344 Divine Corners Road, Loch Sheldrake, NY. Mr. LINDSAY states he has never been to the Sullivan County area and has only traveled to the Albany area once in his life. Mr. LINDSAY refused to provide a written statement but did voluntarily supply a DNA sample.

66. On 06/16/05 Inv. GIBBONS and Inv. KELLY interviewed Mr. REGIS who states he, Mr. LINDSAY and a subject known only to him as "DEWELL," attempted to enter the residence at 344 Divine Corners Road in Loch Sheldrake, NY for the purpose of kidnapping the owner. Mr. REGIS states the homeowner was chosen because she was the manager of the First National Bank of Jeffersonville in Loch Sheldrake. Mr. REGIS states the three subjects had planned to kidnap Mr. HOUGHTALING and then return to the bank for the purpose of robbing the money from said bank. The interview was reduced to writting on a Genl. 19 and included as enclosure # 11.

67. On 06/29/05 RICHARD BRUNT, Forensic Scientist II, and URFAN MUKHTAR, Forensic Scientist III, NYSP Forensic Investigation Center Building 30, 1200 Washington Ave., Albany, NY 12226, 518-457-1208, delivered the certified Biological Sciences Case Report in reference to lab case 05ML-01518 and paragraph number 9. The report identifies three DNA profiles from the evidence submitted from the crime scene. The Biological Sciences Case Report is included as enclosure # 12.

68. On 06/30/05 Inv. GIBBONS was contacted by Special Agent ANDREW LEITHEAD, FBI - White Plains, NY, on behalf of United States Attorney General JOHN COLLINS in regards to this instant case. Agent LEITHEAD advises an agreement has been reached between Sullivan County District Attorney STEVEN F. LUNGEN and USAG COLLINS to prosecute the case in the Federal District Court - Southern District. Members instant case to be closed by exceptional clearance.

69. On 07/11/05 Inv. GIBBONS contacted Ms. HOUGHTALING and advised her of the status of the case.

70. On 07/11/05 JULIE PIZZIKETTI, New York State Police Assistant Director of Biological Sciences, advises of a CODIS hit associated with the DNA samples extracted from the evidence submitted to the SP Albany Crime Lab. The DNA profile developed from a bloodstained cutting from the item (P-10), Ski Mask, matches the DNA profile of a New York State convicted offender, JAMEL L. BUSSEY.

71. On 07/12/05 Inv. GIBBONS conducted a backround investigation on JAMEL L. BUSSEY 08/05/79, 598 Snediker Avenue, Brooklyn, NY 11207. The investigation of Mr. BUSSSEY included and is not limited to a UNYRIC intelligence report, a criminal history check, arrest records for all previous arrests, photographs, co-defendants, previous vehicle and traffic stops, and off line searches. The above mentioned investigative steps occurred throughout the investigation.

72. Enclosures:
   # 1 - Voluntary Statement - HOUGHTALING.
   # 2 - T/Fallsburg Lead - WALTER.
   # 3 - Genl. 4 - KEATOR.
   # 4 - Genl. 4 - COLE.
   # 5 - Genl. 4 - BOWERS.
   # 6 - Genl. 34.
   # 7 - Genl. 4 - WALTER.
   # 8 - Composite Drawing
   # 9 - Genl. 4 - LAZIER.
   # 10 - Genl. 4 - DIESCHER.
   # 11- Genl. 19 - REGIS.
   # 12 - Biological Sciences Case Report.

| | | | | | |
|---|---|---|---|---|---|
| SP Liberty | 05-455 | BUR0300 | Closed by exceptional clearance | No evidence | Final. |
| SP Liberty | 05-757 | CPW1254 | Closed by exceptional clearance | Evidence | PFD/E. |
| SP Liberty | 05-758 | CMI0584 | Closed by exceptional clearance | No evidence | Final. |
| SP Liberty | 05-759 | BUR0415 | Closed by exceptional clearance | Evidence | PFD/E. |
| SP Liberty | 05-770 | CTR0730 | Closed by exceptional clearance | No evidence | Final. |

823