**EXHIBIT No. 4**

# ALEXANDER M. DE SHERBININ

Home: ✉ 9 Secora Road, Apt. K4, Monsey, NY 10952, USA ☎ +1-914-715-0178
💻 desherbinin@yahoo.com
Work: ✉ CIESIN, Lamont Campus, Columbia University, P.O. Box 1000, Palisades, NY 10964
☎ +1-845-365-8936, 📠 +1-845-365-8922
💻 adesherbinin@ciesin.columbia.edu

Judge Colleen McMahon
U.S. District Court House
300 Quarropas Street
White Plains, New York 10601-4150

28 April 2007

**Re:  Letter in Support of Mr. Hurgenes Pignard**

Dear Judge McMahon,

I have been a friend of the Pignard family for nearly five years. I first met Michael Pignard, the son of Hurgenes and Sonia Pignard, when he came out to a Christian children's program that I run here in Rockland county through Tappan Alliance Church (where I am a member) and All Rockland Kids for Christ. That was in July 2002. Michael's older cousin, Edward Castro, who lives with the Pignards, also attended the program for a period when he was younger. Michael, who is now 10 years old, has faithfully attended for several years now.

A part of the program is regular visitation in order to build a relationship with the children's families. For the past four years I regularly stopped by the Pignard residence to get to know the family. It was through visitation that I came to know Hurgenes and Sonia. I witnessed a man (Hurgenes) who was working very hard to support his family and to provide them with food and clothing. The apartment they live in is very modest, their car is an old mini van, and at no time did I get any sense that there was extra money around. I consider myself a pretty good judge of character as well, and I always felt very welcome and comfortable around Hurgenes. He was not a man that had anything to hide. If there were issues they were facing, then he (or his wife Sonia) would share them with me and we would pray.

Hurgenes' character is further demonstrated by his love and concern for his nephew, Edward, who has been living with them for several years. During one of the programs that Edward Castro attended, he had an allergic reaction to something he ate and we called an ambulance that rushed him to the emergency room. He was in the hospital for close to two weeks. I saw how they cared for Edward as if he were their own child, visiting him daily at the Westchester Medical Center at considerable personal expense. When Edward, who is a teenager, began to make some bad decisions, Hurgenes personally mentored him through weightlifting and directed him to get involved in football. Edward is a testimony to Hurgenes' patient parenting – he is doing well in school now and has been a tremendous support to Sonia during the trial that the family has been through over the past nine months.

Since the FBI raid on their apartment I have had the opportunity to get to know Hurgenes parents and his sister, Phara. I have been most impressed by their concern for Hurgenes and their attempts, despite very modest income, to do whatever possible for him. Hurgene's parents even took out a second mortgage on their house in order to be able to support him and his family financially. I visited Hurgenes in jail and I am convinced that this is a man who is innocent yet who is bearing up under this trial as best as possible. He has also matured spiritually, reading the Bible and praying through these difficulties. I read the recent report in the paper ("Piermont man

1

Case 1:06-cr-00718-CM  Document 45-3  Filed 10/02/2007  Page 3 of 3

## [ALE]XANDER M. DE SHERBININ

[con]victed of conspiring to rob financial institutions," *Journal News*, April 27, 2007) about his [con]viction in utter disbelief. I know that there are people who are capable of deceiving others and I [hav]e, through ministry, dealt with some people like that personally. There is simply no way that I [can] conceive that Hurgenes was or is capable of the violent acts described in the newspaper report.

[I be]lieve in our criminal system. However, knowing Hurgenes, I cannot help but feel that the FBI [pur]sued an innocent man through the testimony of thugs who had every incentive to try to finger [som]eone in order to plea bargain for lesser charges. From what I understand there was no physical [evi]dence tying Hurgenes to any of the crimes that he is purported to have committed. I believe that [just]ice will ultimately be done, and I am praying that ultimately Hurgenes will be vindicated through [the] appeal. However, this can be a very lengthy process. My prayer is that you will take this letter [into] consideration when sentencing Hurgenes Pignard. He is a family man and his family [des]perately needs him.

[Tha]nk you, Your Honor, very much for your kind consideration.

[Sin]cerely yours,

[Ale]x de Sherbinin

2