**EXHIBIT No. 3**

Case 1:06-cr-00718-CM    Document 45-4    Filed 10/02/2007    Page 1 of 2

## Member Check-ins
Pignard, Hurgens - 7260

| Date/Time | | Club/Station | | Type | Description | Alerts |
|---|---|---|---|---|---|---|
| 3/11/2005 | 10:00AM | 1 | 3 | Checkin | General Dues | |
| 3/10/2005 | 9:10AM | 1 | 3 | Checkin | General Dues | |
| 3/3/2005 | 6:46AM | 1 | 3 | Checkin | General Dues | |
| 3/2/2005 | 6:35AM | 1 | 3 | Checkin | General Dues | |
| 3/1/2005 | 8:11AM | 1 | 3 | Checkin | General Dues | |
| 2/25/2005 | 8:14AM | 1 | 3 | Checkin | General Dues | |
| 2/24/2005 | 7:37AM | 1 | 3 | Checkin | General Dues | |
| 2/22/2005 | 7:39AM | 1 | 3 | Checkin | General Dues | |
| 2/18/2005 | 7:23AM | 1 | 3 | Checkin | General Dues | |
| 2/17/2005 | 9:07AM | 1 | 3 | Checkin | General Dues | |
| 2/16/2005 | 9:09AM | 1 | 3 | Checkin | General Dues | |
| 2/15/2005 | 9:01AM | 1 | 3 | Checkin | General Dues | |
| 2/14/2005 | 9:12AM | 1 | 3 | Checkin | General Dues | |
| 2/10/2005 | 9:16AM | 1 | 3 | Checkin | General Dues | |
| 2/9/2005 | 9:49AM | 1 | 3 | Checkin | General Dues | |
| 2/8/2005 | 3:09PM | 1 | 3 | Checkin | General Dues | |
| 2/3/2005 | 9:04AM | 1 | 3 | Checkin | General Dues | |
| 2/2/2005 | 8:45AM | 1 | 3 | Checkin | General Dues | |
| 2/1/2005 | 9:13AM | 1 | 3 | Checkin | General Dues | |
| 1/28/2005 | 9:03AM | 1 | 3 | Checkin | General Dues | |
| 1/18/2005 | 8:32PM | 1 | 3 | Checkin | General Dues | |
| 1/17/2005 | 10:24AM | 1 | 3 | Checkin | General Dues | |
| 1/13/2005 | 9:15AM | 1 | 3 | Checkin | General Dues | |
| 1/11/2005 | 10:54AM | 1 | 3 | Checkin | General Dues | |
| 1/10/2005 | 9:01AM | 1 | 3 | Checkin | General Dues | |
| 1/5/2005 | 10:53AM | 1 | 3 | Checkin | General Dues | |
| 1/4/2005 | 9:24AM | 1 | 3 | Checkin | General Dues | |
| 12/31/2004 | 10:23AM | 1 | 3 | Checkin | General Dues | |
| 12/29/2004 | 12:00PM | 1 | 3 | Checkin | General Dues | |
| 12/28/2004 | 11:19AM | 1 | 3 | Checkin | General Dues | |
| 12/23/2004 | 11:50AM | 1 | 3 | Checkin | General Dues | |
| 12/22/2004 | 10:12AM | 1 | 3 | Checkin | General Dues | |
| 12/20/2004 | 1:25PM | 1 | 2 | Checkin | General Dues | |
| 12/18/2004 | 10:27AM | 1 | 3 | Checkin | General Dues | |
| 12/16/2004 | 12:36PM | 1 | 3 | Checkin | General Dues | |
| 12/15/2004 | 1:00PM | 1 | 3 | Checkin | General Dues | |
| 11/26/2004 | 9:01AM | 1 | 3 | Checkin | General Dues | |
| 11/25/2004 | 8:29AM | 1 | 3 | Checkin | General Dues | |
| 11/4/2004 | 8:31AM | 1 | 3 | Checkin | General Dues | |
| 11/3/2004 | 9:47AM | 1 | 3 | Checkin | General Dues | |
| 10/27/2004 | 10:02AM | 1 | 3 | Checkin | General Dues | |
| 10/26/2004 | 12:17PM | 1 | 3 | Checkin | General Dues | |