**EXHIBIT No. 6**

September 12, 2007

Re: Hurgens Pignard

To Honorable Colleen McMahan:

    My name is Tamela Sue and I currently reside at 143 Eagle Street, Albany, NY. I am currently employed at the New York State Department of Health as an Administrative Assistant.

    My friendship with Hurgens Pignard began a few years ago and has continued throughout his incarceration. During our friendship, it has been my observation that Hurgens is a responsible, honest and trustworthy man, in spite of the charges against him. He has demonstrated an ability to be a positive and caring individual that is extremely protective of his family and friends. On many occasions, I have observed him mentor young children that are in need of guidance in their lives.

    Although in the past Hurgens's has made questionable choices that have involved law enforcement, I can assure you that he learned his lesson. It would be a shame to deny such a positive individual his freedom. With so much potential to continue being a productive member of society, it is my opinion that Hurgens would benefit from a lighter sentence than the one designated by law.

    I ask that you take my comments into consideration and thank you for reading this letter.

Sincerely,

Tamela Sue