**EXHIBIT No. 7**



## Center for Disability Services
*Where people get better at life*

September 13, 2007

Re: Hurgens Pignard
    Sentence Recommendation

To: Honorable Colleen McMahan,

    My name is Nikia Gousby and I reside at 83B Westerlo Street, Albany, NY. I am currently a graduate student at the University at Albany in the MSW Department. I am employed at the Center for Disability Services as a Medicaid Service Coordinator in Albany, NY.

    I am writing this letter in support of Hurgens Pignard. Throughout the past seven years I have maintained an ongoing friendship with Hurgens along with his family. I would like to share with you the type of person Hurgens Pignard has proven to be. Hurgens Pignard is a family oriented and a hard working individual who has always put his family first. Hurgens is a happily married man and a father of two children. I have known Hurgens to be a leader, provider, and protector of his family.

    Knowing the type of individual Hurgens Pignard had shown himself to be. I am confident that if given a second he will continue to be a productive member in society. Since the time, I have known Mr. Pignard, I can recall him owning and operating Nyack Medical, PC in Nyack, NY where he provided service to the neighboring communities. There he served as a resource for immigrants and non-English speaking members of the community. Hurgens is tri-lingual and has continuously provided support and assistance to many members in the community. I hope this provides a glimpse of who Mr. Pignard is.

    Overall, I recommend and hope Your Honor will show leniency when determining Mr. Pignard's sentencing. I believe Mr. Pignard still has a lot to contribute to society. This is why I recommend that Mr. Pignard receives time served and possible probation.

    Thank you for taking the time to read my letter and I hope Your Honor will take my recommendation into consideration. If there any questions, please feel free to contact me at (518)210-2002.

Sincerely,

*Nikia Gousby* MSC
Nikia Gousby

*To enable and empower people, primarily those with disabilities, to lead healthy and enriched lives*

Alan Krafchin MS, MPH, President & CEO  •  Patrick J. Rielly Chief Operating Officer
3 Cedar Street Extension  •  Cohoes, New York 12047  •  Ph: 518.880.1800  •  Fax: 518.880.1812  •  www.cfdsny.org