UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

HURGENS PIGNARD,

                Defendant.

No. SI 06 Cr. 718 (CM)

**CERTIFICATE OF SERVICE**

---

STATE OF NEW YORK   )
                            )SS.:
COUNTY OF ROCKLAND )

      William A Gerard, an attorney duly admitted to practice before the Federal District Court of the Southern District of New York, hereby affirms the following to be true under the penalties of perjury and alleges: I am not a party to the action, I am over 18 years of age and I am the attorney for HURGENS PIGNARD in this action; On October 1, 2007, I served the within **Sentencing Memorandum, Exhibits** upon

    John P. Collins, Jr., Esq.
    Assistant U.S. Attorney
    300 Quarropas Street
    White Plains, N.Y. 10601

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post office, official depository under the exclusive care and custody of the United States Postal Service within the State of New York (priority mail).

Dated: Palisades, N.Y.
       October 1, 2007

                                          William A. Gerard (WAG/5062)
                                          Attorney for HURGENS PIGNARD
                                          71 Woods Rd., P.O. Box 717
                                          Palisades, New York 10964
                                          Phone (845) 365-3121
                                          Fax (845) 365-4036