```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07
```

**WILLIAM A. GERARD, ESQ**
71 Woods Road, P.O. Box 717
Palisades, New York 10964
Phone (845) 365-3121 -- Fax # (845) 365-4036



## CONFIDENTIAL FAX COVER SHEET

**MEMO ENDORSED**

DATE: October 3, 2007
TO: Hon. Colleen McMahon, United States District Court, SDNY
FAX #: 212-805-6326

RE: U.S. v HURGENS PIGNARD
06 Cr. 718 (CM)
ECF Filing Problem

Attached please find _____ page(s) (Including this one). Please contact me at (845) 365-3121 if you do not receive the correct amount of pages.

Message:

Yesterday, October 2, 2007, I attempted to ECF a sentencing memorandum in the matter above which included exhibits one through seven and an affidavit of service.

Unfortunately, exhibit no. 2 was too large a file to upload to ECF. I was able to ECF the sentencing memorandum with exhibits 1, 3, 4, 5, 6, 7, and the affidavit of service.

However, in speaking with the ECF help-desk today, I was told that I must ask your permission before I re-ECF the sentencing memorandum *without* the exhibits and affidavit of service and also request your permission to submit the hard copy of the seven exhibits and affidavit of service because exhibit no. 2 is over 2.5 MB.

Therefore, I request permission from the Court to;
1. Re-ECF the sentencing memorandum without the exhibits and;
2. Submit the hard copy of exhibits one through seven and the affidavit of service.

Thank you for your courtesy and assistance.

**MEMO ENDORSED**

10/4/07
Granted
Colleen McMahon

Very truly yours,

William A. Gerard

CC.: John Collins, Esq.
U.S. Attorney
Fax No. 914-993-1980