Mitchell G. Clark
PO Box 865
Nyack, NY 10960



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

March 26, 2007

Re: United States v. Hurgenes Pignard
Case Number 2006R01404 and Court Docket Number: 06 CR 0718

To the honorable Judge Colleen McMahon:

I was a victim of a federal crime committed on May 18, 2005 at the Palisades Federal Credit Union. At that time I and 11 others were held hostage as we came to work until the perpetrators were able to get into the vault and escape with over $200,000.

I have heard that Mr. Hurgenes Pignard's trial is coming to your court in April 2007. I've been told that Mr. Pignard was the outside man that day and I've also been told that Mr. Pignard was one of the two individuals who were inside our offices that day. Regardless of Mr. Pignard's role in the robbery you must be made aware that my life has been irrevocably changed by the actions of the men who perpetrated this life threatening event.

I'm convinced that Mr. Pignard needs to be in jail for a long stretch of time. The fact that he may had been the individual that day that physically threatened me not once but twice and the additional fact that the $200,000 has never been recovered tells me that this individual should not get out of jail anytime before his 70th birthday.

In the years since this crime my state of mind remains very unsettled. I have sought professional help and I still feel ill-at-ease. I am nervous and edgy most of the time; a state of mind that I almost never had prior to May 18, 2005.

Show Mr. Pignard no leniency.

I am surprised at myself for feeling this way. I am usually a very forgiving and sympathetic individual. My general sense about jail is that it doesn't rehabilitate but makes criminals meaner than they were before they went in. (Something that Mr. Pignard doesn't need further exposure to.) I am also empathetic to the point of view that Mr. Pignard may have extraordinary circumstances that guided him on his path to crime and he may have had little or no control over his actions on May 18, 2005, but I'd still feel safer if Mr. Pignard was securely locked away for a long, long time.

If you would like to speak to me directly about my thoughts on Mr. Pignard I am available for that conversation. I am not willing to come to court to testify as I am afraid of retribution either from a freed Mr. Pignard or from his associates who are still at large. I'm even uneasy about providing this statement knowing full well that Mr. Pignard will probably see it and can call a hit on me from jail but what he did on May 18, 2005 was wrong and hurt me so much that I felt compelled to write. I can't believe that he may win at trial and be released. This would not be justice. Mr. Pignard needs to be behind bars where he can't continue to threaten and hurt people.

Thank you for your time in letting me express how I feel.

Sincerely,
Mitchell G. Clark
Palisades Federal Credit Union
845-602-4737