USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

Judge Colleen McMahon
300 Quarropas Street
White Plains, New York 10601

Victim Impact Statement
The United States of America vs. Hurgens Pignard
Case Number 2006R01404 and Court Docket Number: 06 CR 0718

Dear Judge McMahon:

Honorable Judge,

Without the actions of Hurgens Pignard, I would not know what it is to have another man hold sway over whether I would live or die. Without him, I would not lie awake at night or at some random moment considering what I thought while laying face down on the floor, bound at my feet and hands. At that moment, I had no other decision to make other than how I might die, if he or his accomplices made the decision to kill us all then and there. I wondered should I try and turn my head in such a manner that I would not choke to death on my own blood if I was shot in the stomach instead of getting shot in the head? If I did turn my head, to do this would they see me moving and shoot me anyway? Would I die bravely? Would I wimper? Would I resist when the moment came?

Your Honor, I was making coffee in a small office break room, when I turned around and was faced by another man with gun. What is safe? Where is safe anymore? Past the man with the gun was my only exit; past him was my old life. I was bound and held against my will for an hour and a half. My only thoughts were of my wife and 2 year old and if I would live to get through that door and see them again. That is what Hurgens Pignard has given to me for the rest of my life. That was my life he held, and the lives of my friends and co-workers. Through force, through violence, and through imprisoning us he took our freedom and gave us fear of death.

I give you my words that you may consider my loss when rendering judgment upon him. I place my hope in your hands that his freedom is taken away from him for the longest possible term. He imprisoned me, he threatened my life, all to take some money; he has forfeited his place among peaceful people. I implore you to punish him; keep him in another world where he can't get out, far from me.

Sincerely,

*[signature]*

Adam M. Lambert