**DUPLICATE ORIGINAL**

Local Criminal Notice of Appeal

# NOTICE OF APPEAL
## United States District Court
### Southern District of New York

OCT 2007

United States of America

Hurgenes Pignard

Docket No.: SI-06-CR-718-01(CM)

Hon. Colleen McMahon
(District Court Judge)

Notice is hereby given that **Hurgenes Pignard** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [verdict and sentence] (specify)

entered in this action on 10/11/2007 (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2007

Date 10/19/2007

TO:
John Collins, Jr.
Assistant District Attorney
300 Quaropas Str., 3rd Floor
White Plains, N.Y. 10601

ADD ADDITIONAL PAGE (IF NECESSARY)

William A. Gerard, Esq.
(Counsel for Appellant)

Address: 71 Woods Rd., P.O. Box 717
Palidases, N.Y. 10964

Telephone Number: 845-365-3121

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of                       Dates<br>[ ] Prepare proceedings _____<br>[✓] Trial  April 16th, 17th, 18th, 19th, 20th, 23rd, 24th, 25th and 26th, 2007<br>[✓] Sentencing  October 4th, 2007<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [✓] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  *William A. Gerard*    DATE 10/19/2007

| ▶ COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. |
|---|---|
| Date order received | Estimated completion date | | Estimated number of pages |
| | Date _____  Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2